Robert Muller, SBN 189651
bob@cypressllp.com
Laura Premi, SBN 211492
laurap@cypressllp.com
Douglas Roy SBN 241607
doug@cypressllp.com
CYPRESS LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:  (424) 901-0123
Facsimile:   (424) 750-5100

Attorneys for Plaintiffs
Good Technology Corporation and
Good Technology Software, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION, a Delaware corporation, and GOOD TECHNOLOGY SOFTWARE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GOOD.CO, INC., a Delaware corporation,<br><br>Defendant. | **Case No.  3:15-cv-00383-HSG**<br><br>[Hon. Haywood S. Gilliam, Jr.]<br><br>PLAINTIFFS' NOTICE RE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Compl. Filed: January 27, 2015<br>Courtroom: 15<br>Trial Date: None Set |

_____
PLAINTIFFS' NOTICE RE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  Plaintiffs Good Technology Corporation and Good Technology Software, Inc. (collectively, "Good") submits the following notice in advance of the scheduled Case Management Statement.

Good served its Complaint on January 27, 2015. The Court has scheduled a Case Management Conference for May 5, 2015, at 2:00 p.m.

Defendant has not yet been served in this action. Instead, the parties have been negotiating a potential settlement in hopes of avoiding the need for further litigation. Good's current deadline to serve Defendant with the Complaint and Summons is May 27, 2015.

Because Defendant has not yet been served, and in order to accommodate the parties' ongoing settlement negotiations, Good respectfully requests that the Court continue the Case Management Conference by 30 days to June 2, 2015, or as soon thereafter as is convenient for the Court. Good further requests that the Court reschedule the deadline for the parties to submit a Joint Case Management Statement to May 26, 2015.

Dated:  April 30, 2015

CYPRESS LLP

By: __/s/ Doug Roy_____
     Doug Roy
Attorneys for Plaintiffs
Good Technology Corporation and
Good Technology Software, Inc.

[PROPOSED] ORDER

The Case Management Conference in the above-entitled action is continued until June 2, 2015, at 2:00 pm. The parties shall submit a Joint Case Management Statement on or before May 26, 2015.

IT IS SO ORDERED.

Dated: 5/1/2015                    By: *Haywood S. Gilliam Jr.*
                                   UNITED STATES DISTRICT JUDGE